**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 04-50114 [CIVIL ACTION NO. 06-629] |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| ANTHONY M. GONZALES | MAGISTRATE JUDGE HORNSBY |

### ORDER

Before the court is Anthony M. Gonzales' Motion for Summary Judgment. [Doc. No. 50]. By minute entry dated October 5, 2006 [Doc. No. 48], the Court ordered the government to respond to Petitioner's Section 2255 motion and the supplemental memorandum in support by October 20, 2006. The government filed its response on October 10, 2006. [Doc. No. 49]. Accordingly, the motion for summary judgment based on timeliness is hereby **DENIED.**

Shreveport, Louisiana, this 13th day of October, 2006.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE