**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 04-50114 [CIVIL ACTION NO. 06-629] |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| ANTHONY M. GONZALES | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

Before the Court is Anthony M. Gonzales' Motion for an Extension of Time [Doc. No. 63] and Motion for Injunctive Relief [Doc. No. 64].

Petitioner first filed a purported Section 2255 motion on April 10, 2006. [Doc. No. 37]. However, the Court ordered the Clerk to re-characterize the motion as a Section 2241 motion, which was then properly transferred to the district of incarceration.

Petitioner then filed a proper Section 2255 motion and supporting memorandum before this Court on July 31, 2006. [Doc. No. 41]. Petitioner then filed a second, supplemental memorandum in support on October 4, 2006. [Doc. No. 46]. The Government filed its response to the motion on October 10, 2006. [Doc. No. 49].

Although reply briefs are usually due within 5 business days, the Court gave Petitioner until November 20, 2006 to file a reply. [Doc. No. 48]. The Court then granted Petitioner an extension of time until January 4, 2007, noting that no further extensions would be granted. [Doc. No. 56].

Petitioner has now moved for another extension of time in which to reply, arguing that his access to the prison law library has been limited. He also seeks injunctive relief to compel the prison to provide him "the proper amount of time and reasonable amount of

resources" to file his reply. The Court has already ruled that no further extensions would be granted. Further, the Court has reviewed the motion, the two memoranda in support, and the government's response, and finds that further legal briefing would not benefit the Court.

Therefore:

**IT IS ORDERED** that Petitioner's Motion for an Extension of Time [Doc. No. 63] is hereby **DENIED**.

**IT IS FURTHER ORDERED** that Petitioner's Motion for Injunctive Relief [Doc. No. 64] is hereby **DENIED**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 3rd day of January, 2007.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE